NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUL 11 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MICHAEL MURPHY, MD, | No.   15-35397 |
| Plaintiff-Appellant, | D.C. No. 3:14-cv-01135-SI |
| v. | |
| NITA GOSS, in her individual capacity as Health Professionals Program Coordinator, Oregon Medical Board; W. KENT WILLIAMSON, in his individual capacity as Board Chair of Oregon Medical Board; KATHLEEN HALEY, as the Executive Director of the Oregon Medical Board, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Oregon
Michael H. Simon, District Judge, Presiding

Submitted June 7, 2017[**]
Portland, Oregon

Before:  TASHIMA, GOULD, and RAWLINSON, Circuit Judges.

Dr. James Murphy appeals a district court's order granting summary

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

judgment in favor of Defendants Nita Goss, W. Kent Williamson, and Kathleen Haley on Murphy's due process and equal protection claims. Dr. Murphy contends that Defendants knowingly made a false statement when reporting Dr. Murphy's discipline by the Oregon Medical Board to the National Practitioner Data Bank (Data Bank). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court did not err in concluding that Defendants are immune from liability under 42 U.S.C. § 11137(c). The record contains no evidence that Defendants knew that any information Goss submitted to the Data Bank in relation to Dr. Murphy's discipline was false.

**AFFIRMED.**